# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PAYNE, JAMES H. | 2. Court or Organization<br><br>DISTRICT COURT - EASTERN OKLA | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

327 U.S. COURTHOUSE
P.O. BOX 2459
MUSKOGEE, OKLAHOMA 74402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 750-775 ACRE FARM - Stonewall Co., TX (1/8 interest) | B | Rent | L | W | | | | | |
| 2. | BANCFIRST Muskogee, OK | B | Interest | M | T | | | | | |
| 3. | COMMERCIAL REAL ESTATE - Muskogee, OK (30% int) | | None | L | W | | | | | See VIII |
| 4. | EDWARD D. JONES CO - MONEY MARKET | A | Interest | J | T | | | | | |
| 5. | SUN LIFE/POLARIS VARIABLE ANNUITY fka Anchor Nat'l | A | Dividend | K | T | | | | | |
| 6. | AMERICAN HIGH INCOME TRUST FUND A MUTUAL FUND | C | Dividend | K | T | | | | | |
| 7. | AMERICAN MUTUAL FUND CL A | B | Dividend | L | T | Sold (part) | 12/06/18 | J | | See VIII |
| 8. | EDISON INT'L COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. | PEPSICO COMMON STOCK | D | Dividend | O | T | | | | | |
| 10. | YUM BRANDS COMMON STOCK (formerly Tricon Global) | C | Dividend | M | T | | | | | |
| 11. | AT&T STOCK | C | Dividend | K | T | | | | | |
| 12. | AMERFUND AMCAP FUND CL A MUTUAL FUND | A | Dividend | L | T | | | | | |
| 13. | AMERFUND WASHINGTON MUTUAL INVESTORS MUTUAL FUND | A | Dividend | K | T | | | | | |
| 14. | AMERFUND EUROPACIFIC GROWTH CL A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 15. | ML BANK DEPOSIT MONEY MARKET | A | Interest | M | T | | | | | |
| 16. | BLACKROCK GLOBAL ALLOCATION FD INC A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. AMERFUND CAPITAL WORLD GROWTH & INCOME FUND CL A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 18. AMERFUND NEW PERSPECTIVE FUND CL A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 19. MFS TOTAL RETURN A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 20. OIL & GAS LEASE, KENT CO., TX | B | Royalty | J | T | | | | | |
| 21. AMERICAN FDS DEVELOPING WORLD GROWTH & INCOME FUND CLA (X) | A | Dividend | J | T | | | | | |
| 22. BOND FUND OF AMERCA CLA | C | Dividend | L | T | | | | | |
| 23. CAPITAL WORLD BOND FUND CLA | A | Dividend | K | T | | | | | |
| 24. INTERMEDIATE BOND FUND OF AMERICA CLA | A | Dividend | K | T | | | | | |
| 25. NEW WORLD FUND CLA | A | Dividend | J | T | | | | | |
| 26. SMALLCAP WORLD FUND CLA | A | Dividend | K | T | | | | | |
| 27. MFS Total Return Bond Fund (x) | A | Dividend | J | T | | | | | |
| 28. IRA (x) | C | Dividend | J | T | Buy | 12/06/18 | J | | |
| 29. Mineral Interest, Kent Co., TX (x) | B | Royalty | J | W | | | | | See VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII
Line 3
Commercial Real Estate, Muskogee, OK (30% int) Rental no longer applicable as the house on property was demolished and the real estate is not currently leased or rented

VII
Lines 7 & 28
Funds sold from (7) American Mutual Fund CL A to (28) IRA holding funds from (7)

VII
Line 29
Oil and Gas mineral interest from family inheritance inadvertently omitted from previous reports

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES H. PAYNE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544